PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE **EASTERN** DISTRICT OF TEXAS
**LUFKIN** DIVISION

**MR. SOLOMON EVERFIELD III 09121078**
Plaintiff's Name and ID Number

**IAH DET CEN**
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v. **MED. DEPT   3400 FM 350 South**
**IAH DET CEN   Livingston, Texas 77351**
Defendant's Name and Address
**IAH DET CEN   3400 FM 350 South**
**MEDICAL DEPT.   Livingston, Texas 77351**
Defendant's Name and Address
**Medical Department 3400 Fm 350 south**
**Livingston, Texas 77351**
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ☒NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

        Plaintiff(s)_____

        Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

| MTC Management & Training Corporation<br>A Leader in Social Impact | Inmate /Resident Grievance Form<br>Residente Formulario de Queja | Step<br>1 | Facility<br>IAH Secure<br>Adult Detention<br>Facility |
|---|---|---|---|

**Instructions:**
Inmate/Residents-Attempt Informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation. If this is an *Emergency*-immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety).

Grievance Number:
(Grievance Coordinator will assign number)

POL20240082

| Inmate/Resident Name: | Inmate/Resident Number | Housing Location: |
|---|---|---|
| MR. SOLOMON EVERFIELD | 09121-078 | A-12 |

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

At 3:50AM, I ASKED "Ms Wessmen" for her name and she refused to give it to me. She left me in pain all night, and told me that it was the "way it was!" I've been without my Pantoprazole 40mg for 6 days now, and tums will not do the job, and I'm more than sure that N.P Eddins knows this, natrually, so I do need my medicine. This woman is very disrespectful, mean, and doesn't have a nurse bone in her body. Needs another

| Date/Time Submitted:<br>4:00AM<br>5/6/2024 | Inmate/Resident Signature:<br>Solomon Everfield | Emergency:<br>☑ Yes    ☐ No |
|---|---|---|

*Inmate/Residents will not write below this line*

| Date/Time Received:<br>5/7/24 0755 | Grievance Coordinator Name:<br>S. SHAW | Emergency:<br>☐ Yes    ☐ No |
|---|---|---|

**Disposition of Grievance**
Your Grievance has been carefully reviewed and the following response is submitted:

Dear Mr. Everfield, I have counseled Mrs. Wessman about the situation mentioned above as it is not acceptable to dismiss a complaint. Please let me know if you have any other issues with this nurse. As for your medication Pantoprazole we were needing a prior authorization from the USM Services that we have since obtained a now your medication has arrived to the facility.

| Date of Response<br>5/10/24 | Responding Staff Member name:<br>A. Villareal |
|---|---|

If you believe the issue was not resolved and desire to appeal to Step 2:
Request a step 2 grievance form from a staff member. Attach this completed step 1 to the step two, attach any additional documentation and resubmit to the grievance coordinator.

Sorry for the delay with your medication, when a medication is ordered that is not on our formulary we have to get a prior authorization from the USM services.

| MTC Management & Training Corporation  A Leader In Social Impact | Inmate /Resident Grievance Form  Residente Formulario de Queja | Step  1 | Facility  IAH Secure Adult Detention Facility |
|---|---|---|---|

**Instructions:**
Inmate/Residents-Attempt Informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation. If this is an *Emergency*-immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety).

Grievance Number: (Grievance Coordinator will assign number)

POL20240038

| Inmate/Resident Name: | Inmate/Resident Number | Housing Location: |
|---|---|---|
| MR. Solomon Everfield III | #09121-078 | A-12 |

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

Ms. Wessmen hid 3 of my pill cards on the 24th of May on the night shift. The morning shift couldn't find my meds the next morning, then they found them stashed at the bottom of the cart. Look, I don't want no problems out of this woman, just my meds, could you handle this once again? Your time and attention concerning this problem will fully be appreciated. Thank you!

| Date/Time Submitted:  7:00pm  5.25.2024 | Inmate/Resident Signature:  MR. Solomon Everfield III | Emergency:  ☑ Yes    ☐ No |
|---|---|---|

Inmate/Residents will not write below this line

| Date/Time Received:  5-28-24  0903 | Grievance Coordinator Name:  S. SHAW | Emergency:  ☐ Yes    ☐ No |
|---|---|---|

**Disposition of Grievance**
Your Grievance has been carefully reviewed and the following response is submitted:

Sorry for the delay in a response to your complaint. The employee stated above has been out for health reasons and I was waiting on her statement. Mrs. Wessman stated she did not intend to and did not move any of your medication cards. There is no designated spot in the med carts where your medications can be stored. There are several drawers that

| Date of Response  6/7/24 | Responding Staff Member name:  A. Villarreal |
|---|---|

If you believe the issue was not resolved and desire to appeal to Step 2:
Request a step 2 grievance form from a staff member. Attach this completed step 1 to the step two, attach any additional documentation and resubmit to the grievance coordinator.

hold your medications, especially if we have overstock. I did advise Mrs. Wessman to ~~store~~ replace a medication with a new card from overstock if one is finished.

| Management & Training Corporation | Inmate /Resident Grievance Form | Step | Facility |
|---|---|---|---|
| A Leader In Social Impact | Residente Formulario de Queja | 1 | IAH Secure Adult Detention Facility |

| Instructions: Inmate/Residents-Attempt Informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the Information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation. If this is an *Emergency*-immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety). | Grievance Number: (Grievance Coordinator will assign number) POL20230047 |
|---|---|

| Inmate/Resident Name: | Inmate/Resident Number | Housing Location: |
|---|---|---|
| Mr. Solomon Everfield III | #09121-078 | Shu |

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

On 6-11-2023 in the a.m., during the time pills were being passed out, I was throwing up vomit and blood, "A Shaekelford was being escorted by Sergent Williams, I specifically told her what I had going on, she took my meds back and just speeded off. Later I discovered that she told a fib and said that I refused my meds? This was very unproffesional on her behalf, and his for backing her up! If I would'nt have told officer rainey about my meds, I would've not received them. ☒☒Your time and attention concerning situation, will fully be appreciated.         *(A. Shaekelford @ S. Williams )³ʳᵈ⁽ᵐᵉᵈ⁾ shift

| Date/Time Submitted: | Inmate/Resident Signature: | Emergency: |
|---|---|---|
| 6/12/2023 | X Mr. Solomon Everfield III | ☑ Yes    ☐ No |

Inmate/Residents will not write below this line

| Date/Time Received: | Grievance Coordinator Name: | Emergency: |
|---|---|---|
| 6/13/23 0837 | SHAW | ☐ Yes    ☐ No |

**Disposition of Grievance**
Your Grievance has been carefully reviewed and the following response is submitted:

Your grievance has been reviewed. After investigation and evidence gathered it has been determined that the medical staff involved should have handled incident in a better professional manner. The medical staff involved have been addressed about incident with Supervisor. If you have any more issues let a Supervisor know.

| Date of Response | Responding Staff Member name: |
|---|---|
| 6/15/23 | S. SHAW |

If you believe the issue was not resolved and desire to appeal to Step 2:
Request a step 2 grievance form from a staff member. Attach this completed step 1 to the step two, attach any additional documentation and resubmit to the grievance coordinator.

| MTC Management & Training Corporation<br>A Leader in Social Impact | Inmate /Resident Grievance Form<br>Residente Formulario de Queja | Step<br>**1** | Facility<br>IAH Secure Adult Detention Facility |
|---|---|---|---|

**Instructions:**
Inmate/Residents-Attempt Informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is unreadable-the form will be returned to you without action. If the issue is not grievable, the form will be returned to you with an explanation. If this is an *Emergency*-Immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare or safety).

**Grievance Number:**
(Grievance Coordinator will assign number)

POL2023043

| Inmate/Resident Name:<br>MR.<br>SOLOMON EVERFIELD | Inmate/Resident Number<br>09121-078 | Housing Location:<br>D7-263 |
|---|---|---|

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

Yes, I keep writing sick calls about my body hurting from "flimsy weak mattress," "shoulder, and left hip", now the problem has gotten worser, and not to mention, someone on your medical staff popped my pills off of it's card, "Topamax 50mg", falsei fying giving them to me. Staff keep on insisting that i'm a problem and i'm the one that's being tortured! I just want to be treated fair, I need help immediately. Please!

Be Blessed!

| Date/Time Submitted:<br>6-1-2023 | Inmate/Resident Signature:<br>x Solomon Everfield | Emergency:<br>☑ Yes    ☐ No |
|---|---|---|

Inmate/Residents will not write below this line

| Date/Time Received:<br>6-2-23  0745 | Grievance Coordinator Name:<br>S. Shaw | Emergency:<br>☐ Yes    ☐ No |
|---|---|---|

**Disposition of Grievance**
Your Grievance has been carefully reviewed and the following response is submitted:

Mr. Everfield, you were seen by M. Eddins NP this morning for your body pain and the issue was addressed then. Medical does not issue mattresses, you will have to ask Security if you can exchange your mattress for a better one. Once again medical does not issue/approve double mattresses. Also, pertaining to your medication Topamax 50mg 1 tablet orally daily, the medication card was pulled from the medication cart and the administration log was reviewed with it, as was done with you on →

| Date of Response<br>6/5/2023 | Responding Staff Member name:<br>A. Villanueva |
|---|---|

If you believe the issue was not resolved and desire to appeal to Step 2:
Request a step 2 grievance form from a staff member. Attach this completed step 1 to the step two, attach any additional documentation and resubmit to the grievance coordinator.

| | Step | Facility |
|---|---|---|
| **MTC** Management & Training Corporation **Inmate / Resident Grievance Form** | **2** | **IAH** |

**Instructions:**
Inmate/Residents: If dissatisfied with the answer to step 1, complete this form stating specific reasons why you do not agree with step 1. Submit to a member of the staff or place in the grievance box.
Grievance Coordinator: Log this document. Attach copies of all of the previous documentation of step 1. Forward to the facility warden.

Grievance Number: POL20236043

| Inmate/Resident Name: | Inmate/Resident Number | Housing Location: |
|---|---|---|
| MR. SOLOMON EVERFIELD | 09121-078 | 07-263 |

Describe the nature or description of problem. Print or write legibly. Include time, date and names of persons involved or witnessing the incident. If you need more space, continue on the reverse side of this form. Be as concise as possible.

Briefly, I was seen by M Edding NP yesterday and was prescribed to four steroids for four days which means, "the body aches will return." Respectfully and Humbly, "CHEIF", could I obtain another mattress; i'm under your mercy and care, requesting this. My heart is very poor and I catch seizures. And in regards to my meds, "Topamax 50mg 1tb orally daily, One of the nurses punched my pills out of it's card, "maliciously and lied", and said that I received them! That behavior is very inappropriate, and the investigation that they launched was frivilous, it had no merit what so ever, I got tortured, and something positive I pray comes from the situation for me, Your time and attention concerning this matter will fully be appreciated.

| Date/Time Submitted: | Inmate/Resident Signature: |
|---|---|
| 8:00 6/6/2023 | X Mr. Solomon Everfield III |

Inmate / residents will not write below this line

| Date/Time Received: | Grievance Coordinator Name: |
|---|---|
| 6/9/23 0852 | S. Shaw |

Disposition of Grievance Step 2 (within 5 days of receipt)
Your Grievance has been carefully reviewed by the facility warden and the following response is provided:

After investigating the DON's initial investigation, I have found that the investigation was handled appropriately.

| Date of Response: | Facility Warden |
|---|---|
| 6/7/2023 | S Zuniga HSA |

The Facility Warden has final authority and this grievance may not be appealed to a higher authority.

Judge, Joey

II.    PLACE OF PRESENT CONFINEMENT: IAH Detention Center 3400 FM 350 SOUTH Livingston, Texas 77351

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.    Name and address of plaintiff: MR. Solomon Everfield III IAH Detention Center   3400 FM 350 South Livingston, Texas 77351

B.    Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Ms. Wessmen * Nurse
IAH Detention Center   3400 FM 350 South Livingston, TX 77351
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Disrespectful and very mean to be a nurse.

Defendant #2: MR. EDDINS * N.P
IAH Detention Center   3400 FM 350 South Livingston, TX 77351
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Lies about side effects of medications, substitute seizure meds for headache

Defendant #3: A. SHAKELFORD * NURSE
IAH Detention Center 3400 FM 350 South Livingston, TX 77351
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Very vicious and malacious, very spiteful also!

Defendant #4: S. Williams * Sergeant
IAH DETENTION CENTER 3400 FM 350 South Livingston, TX 77351
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Upholds his staffs negative behavior.

Defendant #5: A. Villareaht * HSA
IAH DETENTION CENTER 3400 FM 350 South Livingston, TX 77351
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Covers everything up, complaints are frivilous, has no merit when she responds to grivances.

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You need not give any legal arguments or cite any cases or statutes</u>.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The facts plain and simple are written on a few of these grievances. What happened is also on them, all of this occured at IAH Detention Center, "The Medical dept.", 3400 FM 350 south, Livingston, TX 77351. All of the dates are on a couple of these grievances. A. Vilareah, "HSA" overlooks all of my complaints, really tries to make matters, "mind boggling." N.P Eddins puts me on medication that doesn't work, only makes me light headed, dizzy, and nauseated. Others mentioned in grievances are very negative, malacious, and spiteful. All of this stuff brings on unessesary stress, which makes my heart problem woser.

VI.  RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

I would like to be compensated for my pain and suffering, and I would lPke to be moved to a federal medical center, "Terminal Island", which can accomodate my medical needs.

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Derek WPltz, Simo

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

09121078

VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  X NO

B.  If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?    ✓ YES ___ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): **Eastern @ Lufkin**

    2.  Case number: **9:24-cv-1**

    3.  Approximate date warning was issued: **I received this legal mail, "7.29.24"**

Executed on: **8.5.2024**
      DATE

**MR. Solomon Everfield III**
**Mr. Solomon Everfield III**
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **Fifth** day of **August**, 20 **24**.
    (Day)        (month)        (year)

**MR. Solomon Everfield III**
**Mr. Solomon Everfield III**
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**