IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SOLOMON EVERFIELD, III | § | |
| VS. | § | CIVIL ACTION NO. 9:24-CV-152 |
| NURSE WESSMEN, ET AL. | § | |

PRELIMINARY FILING FEE ORDER

Parties instituting any civil action, suit or proceeding are required to pay a filing fee of $405.00.  The Prison Litigation Reform Act of 1996 (PLRA) requires prisoners seeking to bring civil actions to pay the full filing fee.  When insufficient funds exist to pay the full fee at the time of filing, a prisoner requesting to proceed *in forma pauperis* is required to pay an initial partial filing fee of twenty percent of the greater of the average monthly balance or deposits into the prisoner's account.  After payment of the initial partial filing fee, twenty percent of each preceding month's income will be deducted from Plaintiff's inmate account monthly until the full filing fee is paid.

Plaintiff did not pay the filing fee or submit an application to proceed *in forma pauperis*.

It is **ORDERED** that:

Plaintiff shall, within twenty (20) days from the date set forth below, either pay the $405.00 filing fee or submit an application to proceed *in forma pauperis* accompanied by a statement certified by an authorized prison official showing the average balance in and deposits into Plaintiff's prisoner trust account for the preceding six months.  Failure to comply with this order may result in this case being dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**NOTICE TO PLAINTIFF:**

**a.  If you do not wish to prosecute this action, you may notify the court in writing, by letter or motion, that you wish to voluntarily dismiss this civil action.**

**b.  Payment of all or any part of the full filing fee will not prevent dismissal of the complaint if it is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.**

SIGNED this 14th day of August, 2024.

_____

Zack Hawthorn
United States Magistrate Judge