IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SOLOMON EVERFIELD, III | § | |
| VS. | § | CIVIL ACTION NO. 9:24-CV-152 |
| NURSE WESSMEN, ET AL. | § | |

ORDER

Plaintiff, a prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.  On August 14, 2024, Plaintiff was ordered to pay the $405.00 filing fee or submit an application to proceed *in forma pauperis*.  Plaintiff failed to comply with the order, and the magistrate judge recommended dismissing the action for want of prosecution.  Pending before the court is Plaintiff's motion for an extension of time to file objections to the report and recommendation.  After due consideration, it is

**ORDERED** that Plaintiff's motion for extension of time (document no. 6) is **GRANTED** to the extent that Plaintiff shall have twenty days from the date of this order in which to pay the $405.00 filing fee or submit a motion for leave to proceed *in forma pauperis*.  Plaintiff's failure to comply with this order may result in the dismissal of the action for want of prosecution.

SIGNED this 29th day of October, 2024.

_____
Zack Hawthorn
United States Magistrate Judge