| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

SOLOMON EVERFIELD, III,          §
                                 §
        Plaintiff,             §
                                 §
*versus*                         §    CIVIL ACTION NO. 9:24-CV-152
                                 §
NURSE WESSMEN, *et al.*,         §
                                 §
        Defendants.            §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Solomon Everfield, III, a prisoner confined at the IAH Detention Facility in Livingston, Texas, proceeding *pro se*, filed this civil rights action against Nurse Wessmen, Nurse Practitioner Eddins, Nurse A. Shakelford, Sergeant S. Williams, A. Villareal, and the Medical Department of the IAH Detention Facility.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On December 2, 2024, the magistrate judge recommended dismissing the action without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#8) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 7th day of January, 2025.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE